## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF KENTUCKY
## LEXINGTON DIVISION

| | |
|---|---|
| VIRGINIA HILEY and ANTHONY LEROY WHITE, individually and on behalf of all others similarly situated, | |
| Plaintiffs, | CASE NO: 5:22-cv-00319-DCR |
| v. | **JURY DEMAND** |
| | **CLASS ACTION** |
| CORRECTCARE INTEGRATED HEALTH, LLC, | |
| Defendant. | |
| MARLENA YATES, individually and on behalf of all others similarly situated, | |
| Plaintiffs, | CASE NO: 5:23-cv-00021-GFVT |
| v. | **JURY DEMAND** |
| | **CLASS ACTION** |
| CORRECTCARE INTEGRATED HEALTH, LLC, | |
| Defendant. | |

## PLAINTIFFS' UNOPPOSED MOTION TO CONSOLIDATE
## CASES AND APPOINT INTERIM CLASS COUNSEL

PLEASE TAKE NOTICE that Plaintiffs Virginia Hiley, Anthony Leroy White, and Marlena Yates in the above-captioned cases ("Plaintiffs") hereby move for entry of an order:

(1)    Consolidating *Hiley v. CorrectCare Integrated Health, LLC*, No. 5:22-cv-00319-DCR (E.D. Ky.) and *Yates v. CorrectCare Integrated Health, LLC*, No. 5:23-cv-00032-GFVT (E.D. Ky.) (collectively the "Related Actions"), pursuant to Fed R. Civ. P. 42(a), as well as any

future related actions that may be filed in this Court, under the docket of the first-filed *Hiley* action (No. 5:22-cv-00319) and under the new caption "*In re CorrectCare Data Breach Litigation*"; and

(2)       Appointing Benjamin F. Johns of Shub Law Firm, LLC, Gary Klinger of Milberg Coleman Phillips Grossman PLLC, J. Gerard Stranch IV of Branstetter, Stranch & Jennings, PLLC and Lynn A. Toops of Cohen & Malad, LLP, as interim co-lead class counsel (collectively, "Proposed Interim Class Counsel") pursuant to Fed. R. Civ. P. 23(g).

This Motion is based on this Notice of Motion, the accompanying Memorandum of Law and exhibits thereto, the Proposed Order submitted herewith, and any other matter the Court may wish to consider.  Plaintiffs conferred with counsel for Defendant in this matter, who represented they do not oppose the relief sought in this motion.

Dated:  February 20, 2023

/s/ *John C. Whitfield, Esq.*
John C. Whitfield (KY Bar #76410)
**MILBERG COLEMAN BRYSON PHILLIPS**
 **GROSSMAN, PLLC**
19 North Main Street
Madisonville, KY 42431
T: (270) 821-0656
F: (270) 825-1163
Email: jwhitfield@milberg.com

**SHUB LAW FIRM LLC**
Jonathan Shub (admitted *pro hac vice*)
Benjamin F. Johns (admitted *pro hac vice*)
Samantha E. Holbrook
134 Kings Hwy E., Fl. 2,
Haddonfield, NJ 08033
T: (856) 772-7200
F: (856) 210-9088
 jshub@shublawyers.com
bjohns@shublawyers.com
sholbrook@shublawyers.com

**MILBERG COLEMAN BRYSON PHILLIPS GROSSMAN PLLC**
Gary M. Klinger (admitted *pro hac vice*)
227 W. Monroe Street, Suite 2100
Chicago, IL 60606
T: (865) 247-0047
gklinger@milberg.com

**BRANSTETTER, STRANCH & JENNINGS, PLLC**
J. Gerard Stranch IV
223 Rosa L. Parks Ave., Suite 200
Nashville, TN 37203
(615) 254-8801
gerards@bsjfirm.com

**COHEN & MALAD, LLP**
Lynn A. Toops
Amina A. Thomas
One Indiana Square Suite 1400
Indianapolis, IN 46204
(317) 636-6481
ltoops@cohenandmalad.com
llafornara@cohenandmalad.com

*Attorneys for Plaintiffs and the Proposed Class*

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on February 20, 2023 the foregoing document was filed via the Court's ECF system, which will cause a true and correct copy of the same to be served electronically on all ECF-registered counsel of record.

*/s/ John C. Whitfield*
John C. Whitfield