UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
CENTRAL DIVISION
(at Lexington)

|  |  |  |
|---|---|---|
| *In re CorrectCare Data Breach Litigation* | ) ) ) ) ) ) ) ) ) ) | Civil Action No. 5: 22-319-DCR  **ORDER** |

\*\*\*   \*\*\*   \*\*\*   \*\*\*

The parties have tendered a joint status report, indicating that all parties have accepted the mediator's proposal resulting from the mediation held on December 7, 2023. The parties further report that they expect to file a motion for preliminary approval of the settlement agreement pursuant to Rule 23(e) of the Federal Rules of Civil Procedure within the next 30 days. While the parties ask the Court to stay remaining deadlines in anticipation of the forthcoming motion for settlement approval, there do not appear to be any pending deadlines.

Therefore, having considered the matter and being sufficiently advised, it is hereby

**ORDERED** as follows:

1. The defendant's motion to dismiss [Record No. 74] is **DENIED**, without prejudice, as moot.

2. The parties are directed to file a motion for preliminary approval of settlement **on or before Friday, March 1, 2024**.

- 2 -

Dated: January 30, 2024.

Danny C. Reeves, Chief Judge
United States District Court
Eastern District of Kentucky