# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF KENTUCKY
# AT LEXINGTON

| | |
|---|---|
| IN RE CORRECTCARE DATA BREACH LITIGATION | Case No.: 5:22-319-DCR <br><br> **CLASS ACTION** <br><br> JURY TRIAL DEMANDED |

## JOINT STIPULATED MOTION TO EXTEND DEADLINE TO FILE MOTION FOR PRELIMINARY APPROVAL OF SETTLEMENT

Plaintiffs Virginia Hiley, Christopher Knight, Kyle Marks, A.G., and Marlena Yates (collectively, "Plaintiffs"), and CorrectCare Integrated Health, LLC ("CorrectCare") stipulate to and jointly move the Court for a 21-day extension of the deadline to file a motion for preliminary approval of settlement from March 1, 2024 to March 22, 2024. The reasons for this request are set forth below.

1. This is a putative class action against Defendant CorrectCare concerning a data security incident that it announced on or around November 28, 2022. On February 22, 2023, the Court issued an Order that, *inter alia*, appointed Interim Co-Lead Counsel for Plaintiffs and consolidated various cases pursuant to Fed. R. Civ. P. 42. [ECF No. 33]. On March 24, 2023, Plaintiffs filed their Consolidated Amended Complaint. [ECF No. 37].

2. The parties participated in an all-day mediation with mediator Bennett G. Picker of the Stradley Ronon law firm on December 7, 2023, which mediation concluded with Mr. Picker making a double-blind mediator's proposal to both sides. [ECF No. 77].

3. The parties submitted a joint status report on January 30, 2024, indicating that both sides had accepted the mediator's proposal. [*Id.*]. The parties further indicated that Plaintiffs anticipated filing a motion for preliminary approval of the settlement within the next 30 days. [*Id.*].

4. This Court then ordered the parties to "file a motion for preliminary approval of settlement on or before Friday, March 1, 2024." [ECF No. 78].

5. The parties have been working diligently since acceptance of the mediator's proposal to negotiate the remaining terms of the settlement agreement. However, due in part to the number of interested stakeholders—particularly CorrectCare's insurer stakeholders—the parties need additional time to complete negotiations of the remaining terms of the settlement agreement.

6. Additionally, Plaintiffs and class counsel require additional time to prepare the contents of various components of the settlement plan.

7. Accordingly, the parties agree and stipulate that a brief, 21-day extension to March 22, 2024, of the current deadline to file a motion for preliminary approval of settlement is necessary and appropriate.

8. The parties therefore respectfully request that this Court extend the current March 1, 2024 deadline to file a motion for preliminary approval of settlement to March 22, 2024. A Proposed Order is attached as **Exhibit 1**.

WHEREFORE, Plaintiffs and Defendant respectfully request that this Court enter an Order, substantially in the form attached as **Exhibit 1**, to extend the deadline to file a motion for preliminary approval of settlement to March 22, 2024.

Dated: February 26, 2024　　　　　　　　　　Respectfully submitted,

*s/ Devin S. Anderson*

**KIRKLAND & ELLIS LLP**
Devin S. Anderson (admitted *pro hac vice*)
Kristopher P. Morton (admitted *pro hac vice*)
Elizabeth Nielson (admitted *pro hac vice*)
60 East South Temple, Suite 700
Salt Lake City, UT 84111
(801) 877-8100
devin.anderson@kirkland.com
kristopher.morton@kirkland.com
elizabeth.nielson@kirkland.com

Jay P. Lefkowitz, P.C. (admitted *pro hac vice*)
**KIRKLAND & ELLIS LLP**
601 Lexington Avenue
New York, New York 10022
(212) 446-4800
lefkowitz@kirkland.com

Clark C. Johnson
Burt A. (Chuck) Stinson
**KAPLAN JOHNSON ABATE & BIRD LLP**
710 West Main Street, 4th Floor
Louisville, KY 40202
cjohnson@kaplanjohnsonlaw.com
cstinson@kaplanjohnsonlaw.com

*Attorneys for Defendant CorrectCare-Integrated Health, LLC*

**SHUB & JOHNS LLC**
Benjamin F. Johns (admitted *pro hac vice*)
Jonathan Shub (admitted *pro hac vice*)
Samantha E. Holbrook
Four Tower Bridge
200 Barr Harbor Drive, Suite 400
Conshohocken, PA 19428
Phone: (610) 477-8380
bjohns@shublawyers.com
jshub@shublawyers.com
sholbrook@shublawyers.com

John C. Whitfield (KY Bar #76410)
**MILBERG COLEMAN BRYSON PHILLIPS GROSSMAN, PLLC**
19 North Main Street
Madisonville, KY 42431
T: (270) 821-0656
F: (270) 825-1163
Email: jwhitfield@milberg.com

Gary M. Klinger (admitted *pro hac vice*)
**MILBERG COLEMAN BRYSON PHILLIPS GROSSMAN, PLLC**
227 W. Monroe Street, Suite 2100
Chicago, IL 60606
T: (865) 247-0047
gklinger@milberg.com

**MORGAN & MORGAN COMPLEX LITIGATION GROUP**
Jean S. Martin
Francesca Kester Burne
201 N. Franklin Street, 7th Floor
Tampa, Florida 33602
Telephone: (813) 559-4908
Facsimile: (813) 222-4795
jeanmartin@forthepeople.com

3

fkester@forthepeople.com

J. Gerard Stranch IV
**BRANSTETTER, STRANCH & JENNINGS, PLLC**
223 Rosa L. Parks Ave., Suite 200
Nashville, TN 37203
(615) 254-8801
gerards@bsjfirm.com

Lynn A. Toops
Amina A. Thomas
**COHEN & MALAD, LLP**
One Indiana Square Suite 1400
Indianapolis, IN 46204
(317) 636-6481
ltoops@cohenandmalad.com
llafornara@cohenandmalad.com

*Attorneys for Plaintiffs and the Proposed Class*

4

**CERTIFICATE OF SERVICE**

I hereby certify that on February 26, 2024, I electronically filed the foregoing documents using the Court's electronic filing system, which will notify all counsel of record authorized to receive such filings.

*s/ Benjamin F. Johns*
Benjamin F. Johns