UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
CENTRAL DIVISION
(at Lexington)

| | | |
|---|---|---|
| *In re CorrectCare Data Breach Litigation* | ) ) ) ) ) ) ) ) | Civil Action No. 5: 22-319-DCR<br><br>**ORDER** |

\*\*\*   \*\*\*   \*\*\*   \*\*\*

The parties have filed a joint motion for an extension of time to file a motion for preliminary approval of the parties' settlement agreement. They report that they have been working diligently to complete the settlement agreement but, in part due to the number of interested stakeholders, the parties need additional time to complete the remaining terms of the agreement and settlement plan.

Having considered the matter and being sufficiently advised, it is hereby

**ORDERED** that the parties' joint motion [Record No. 82] is **GRANTED**. The deadline for filing a motion for preliminary approval of settlement is extended to **Friday, March 22, 2024**.

Dated: February 26, 2024.



Danny C. Reeves, Chief Judge
United States District Court
Eastern District of Kentucky