## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF KENTUCKY
## AT LEXINGTON

| | |
|---|---|
| IN RE CORRECTCARE DATA BREACH LITIGATION | Case No.: 5:22-319-DCR<br><br>**CLASS ACTION**<br><br>**JURY TRIAL DEMANDED** |

### PLAINTIFFS' UNOPPOSED MOTION FOR PRELIMINARY APPROVAL OF CLASS ACTION SETTLEMENT

For the reasons set forth in the accompanying memorandum of law, Plaintiffs respectfully request that the Court enter the proposed order submitted herewith and grant preliminary approval to the parties' proposed settlement agreement.

Dated: March 22, 2024

Respectfully submitted,

*/s/ Benjamin F. Johns*
**SHUB & JOHNS LLC**
Jonathan Shub (admitted pro hac vice)
Benjamin F. Johns (admitted pro hac vice)
Samantha E. Holbrook
Four Tower Bridge
200 Barr Harbor Drive, Suite 400
Conshohocken, PA 19428
Phone: (610) 477-8380
bjohns@shublawyers.com
jshub@shublawyers.com

John C. Whitfield (KY Bar #76410)
**MILBERG COLEMAN BRYSON PHILLIPS GROSSMAN, PLLC**
19 North Main Street
Madisonville, KY 42431
T: (270) 821-0656
F: (270) 825-1163
Email: jwhitfield@milberg.com

**MILBERG COLEMAN PHILLIPS GROSSMAN PLLC**
Gary M. Klinger (admitted pro hac vice)
227 W. Monroe Street, Suite 2100
Chicago, IL 60606
T: (865) 247-0047
gklinger@milberg.com

**STRANCH, JENNINGS & GARVEY, PLLC**
J. Gerard Stranch, IV
Andrew E. Mize (Ky. Bar No. 94453)
223 Rosa L. Parks Ave., Suite 200
Nashville, TN 37203
(615) 254-8801
gstranch@stranchlaw.com
amize@stranchlaw.com

**COHEN & MALAD, LLP**
Lynn A. Toops
Mary Kate Dugan
One Indiana Square Suite 1400
Indianapolis, IN 46204
(317) 636-6481
ltoops@cohenandmalad.com
mdugan@cohenandmalad.com

**MORGAN & MORGAN COMPLEX LITIGATION GROUP**
Jean S. Martin
Francesca Kester Burne
201 N. Franklin Street, 7th Floor
Tampa, Florida 33602
Telephone: (813) 559-4908
jeanmartin@forthepeople.com
fkester@forthepeople.com

*Attorneys for Plaintiffs and the Proposed Class*

## CERTIFICATE OF SERVICE

I, Benjamin F. Johns, hereby certify that I caused the foregoing **PLAINTIFFS' UNOPPOSED MOTION FOR PRELIMINARY APPROVAL OF CLASS ACTION SETTLEMENT**, and all materials related thereto, to be filed using the Court's CM/ECF system on the date below, thereby causing it to be served upon all counsel of record in this case.

Dated: March 22, 2024                                Respectfully submitted,


                                                    */s/ Benjamin F. Johns*
                                                    Benjamin F. Johns (admitted pro hac vice)