IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF KENTUCKY
CENTRAL DIVISION

| | |
|---|---|
| IN RE CORRECTCARE DATA BREACH LITIGATION | Case No.: 5:22-319-DCR |

**PLAINTIFFS' RENEWED MOTION FOR PRELIMINARY APPROVAL OF CLASS ACTION SETTLEMENT AGREEMENT**

I.   INTRODUCTION

For the reasons set forth below, Plaintiffs Virginia Hiley, Christopher Knight, Kyle Marks, and Marlena Yates ("Plaintiffs") respectfully request that the Court enter the proposed order submitted herewith and grant Preliminary Approval of Class Action Settlement. Following the Court's review of Plaintiff's Unopposed Motion For Preliminary Approval [ECF 84], the Court found that it would likely be able to certify the Settlement Class and that, with respect to Rule 23(e), the Settlement[1] appeared to be the product of arm's length negotiations, sufficient investigation had been conducted, and the proposed class representatives and their counsel were adequate to represent the class. ECF No. 85 at 5-13. However, the Court expressed concern that, absent a ceiling on the aggregate amount of claims for Out-of-Pocket Losses, the Net Settlement Fund may be exhausted by such claims and unavailable to Settlement Class Members who make

---

[1] Unless otherwise noted, all capitalized terms herein shall be given the same meaning as those terms are defined in the Class Action Settlement Agreement.

1

a claim for Alternative Cash Payments. *Id*. at 14. On that basis, the Court denied the Motion without prejudice. *Id*.

Following the Court's Order on the Motion, the Parties have revised the plan of allocation component of the Settlement Agreement to address the Court's concern. To ensure that claims for out-of-pocket losses do not exhaust the Net Settlement Fund and that all Settlement Class Members are afforded equitable treatment, the Parties have capped the aggregate amount that may be claimed for Out-of-Pocket Losses at one-half of the Net Settlement Fund. *See* Settlement Agreement, Exhibit F, § A. Accordingly, regardless of the total amount of claims made for Out-Of-Pocket Losses, at least 50% of the Net Settlement Fund will be available to claimants of the Alternative Cash Payment and California Additional Cash Payment. *Id*. A copy of the amended Settlement Agreement is attached hereto as Exhibit A, and a redline showing the changes made to the plan of allocation is attached as Exhibit B.

Accordingly, having duly amended the Settlement Agreement to address the concerns expressed by the Court, Plaintiffs now respectfully request that the Court grant their Unopposed Motion for Preliminary Approval.

Dated: April 22, 2024                                Respectfully Submitted:

*/s/ J. Gerard Stranch, IV*
**STRANCH, JENNINGS & GARVEY, PLLC**
J. Gerard Stranch, IV, *pro hac vice*
Andrew E. Mize (Ky. Bar No. 94453)
223 Rosa L. Parks Ave., Suite 200
Nashville, TN 37203
(615) 254-8801
gstranch@stranchlaw.com
amize@stranchlaw.com

John C. Whitfield (KY Bar #76410)
**MILBERG COLEMAN BRYSON PHILLIPS GROSSMAN, PLLC**

2

19 North Main Street
Madisonville, KY 42431
T: (270) 821-0656
F: (270) 825-1163
Email: jwhitfield@milberg.com

**SHUB & JOHNS LLC**
Benjamin F. Johns
Samantha E. Holbrook
Four Tower Bridge
200 Barr Harbor Drive, Suite 400
Conshohocken, PA 19428
Phone: (610) 477-8380
bjohns@shublawyers.com
sholbrook@shublawyers.com

**MILBERG COLEMAN PHILLIPS GROSSMAN PLLC**
Gary M. Klinger (admitted pro hac vice)
227 W. Monroe Street, Suite 2100
Chicago, IL 60606
T: (865) 247-0047
gklinger@milberg.com

**COHEN & MALAD, LLP**
Lynn A. Toops
One Indiana Square Suite 1400
Indianapolis, IN 46204
(317) 636-6481
ltoops@cohenandmalad.com

*Interim Co-Lead Counsel for Plaintiffs and the Proposed Class*

3

## **CERTIFICATE OF SERVICE**

I, J. Gerard Stranch, IV, hereby certify that I caused the foregoing PLAINTIFFS' SUPPLEMENTAL BRIEF IN SUPPORT OF THEIR UNOPPOSED MOTION FOR PRELIMINARY APPROVAL OF CLASS ACTION SETTLEMENT AGREEMENT, and all materials related thereto, to be filed using the Court's CM/ECF system on the date below, thereby causing it to be served upon all counsel of record in this case.

*/s/ J. Gerard Stranch, IV*