# IN THE UNITED STATES DISTRICT COURT FOR THE
## EASTERN DISTRICT OF KENTUCKY
## CENTRAL DIVISION AT LEXINGTON

| | |
|---|---|
| IN RE: CORRECTCARE DATA BREACH LITIGATION | Case No.: 5:22-319-DCR |

## PLAINTIFFS' MOTION FOR
## <u>FINAL APPROVAL OF CLASS ACTION SETTLEMENT</u>

Pursuant to Federal Rule of Civil Procedure 23(e)(2) ("Rule 23"), Plaintiffs, individually and on behalf of all others similarly situated, hereby move this Court for final approval of the class action Settlement[1] that this Court preliminarily approved on April 29, 2024 (ECF No. 87): Plaintiffs respectfully request this Court:

1. Grant final certification of the Settlement Class for settlement purposes pursuant to Fed. R. Civ. P. 23(a) and (b)(3);

2. Finally appoint Plaintiffs Virginia Hiley, Christopher Knight, Kyle Marks, and Marlena Yates as Class Representatives;[2]

3. Finally appoint Lynn A. Toops of Cohen & Malad, LLP, Gary M. Klinger of Milberg Coleman Bryson Phillips Grossman, PLLC, Benjamin F. Johns of Shub & Johns LLC, and J. Gerard Stranch, IV of Stranch Jennings & Garvey, PLLC as Settlement Class Counsel;

4. Find that the Notice met the requirements of Fed. R. Civ. P. 23(c)(2)(B);

5. Find that the terms of the Settlement Agreement are fair, reasonable, and adequate and are approved, adopted, and incorporated by the Court;

6. Direct the Parties, their respective attorneys, and the Claims and Settlement Administrator to consummate the Settlement in accordance with the terms of the Settlement Agreement; and

7. Resolve all claims as to all Parties and Class Members in this action and

---

[1] Unless otherwise indicated, capitalized terms used in this Motion and Brief in Support have the same meanings as in the Class Action Settlement Agreement and Release (the "Settlement Agreement").

[2] Per stipulation, and as approved in this Court's June 3, 2024 order (ECF 92) the Parties later agreed to add Anthony Oliver and Anthony Williams as class representatives for purposes of the settlement.

issue the [Proposed] Final Judgment.

This Motion is based on: (1) this Motion; (2) the Brief in Support filed herewith; (3) the Settlement Agreement and accompanying Exhibits; (4) the Declaration of Cecily G. Uhlfelder of Kroll Settlement Administration, LLC in Connection with Final Approval of Settlement, attached as Exhibit A to the Brief in Support; (5) Plaintiffs' Unopposed Motion for Preliminary Approval of Class Action Settlement and Plaintiffs' Renewed Motion for Preliminary Approval of Class Action Settlement, Brief in Support, and Supporting Declarations; (7) all other pleadings and papers on file in this action; and (8) any oral argument that may be heard by this Court at or prior to the Final Approval Hearing currently scheduled for September 16, 2024 at 10:00 AM.

For the reasons set forth in Plaintiffs' Brief in Support of their Motion for Final Approval of Class Action Settlement, which Plaintiffs incorporate herein by reference, Plaintiffs respectfully request that the Court grant final approval to the Class Action Settlement and enter final judgment.

Respectfully Submitted:

Dated: August 30, 2024

/s/ J. Gerard Stranch
J. Gerard Stranch, IV, *pro hac vice*
Andrew E. Mize (Ky. Bar No. 94453)
**STRANCH, JENNINGS & GARVEY, PLLC**
223 Rosa L. Parks Ave., Suite 200
Nashville, TN 37203
(615) 254-8801
gstranch@stranchlaw.com
amize@stranchlaw.com

Gary M. Klinger, *pro hac vice*
**MILBERG COLEMAN BRYSON PHILLIPS GROSSMAN, PLLC**
227 W. Monroe Street, Suite 2100
Chicago, IL 60606
Tel: (202) 429-2290
gklinger@milberg.com

3

**SHUB & JOHNS LLC**
Benjamin F. Johns
Samantha E. Holbrook
Four Tower Bridge
200 Barr Harbor Drive, Suite 400
Conshohocken, PA 19428
Phone: (610) 477-8380
bjohns@shublawyers.com
sholbrook@shublawyers.com

John C. Whitfield (KY No. 76410)
**MILBERG COLEMAN BRYSON PHILLIPS GROSSMAN, PLLC**
19 North Main Street
Madisonville, Kentucky 42431
T: (270)821-0656
jwhitfield@milberg.com

**COHEN & MALAD, LLP**
Lynn A. Toops, *pro hac vice*
Amina A. Thomas, *pro hac vice*
One Indiana Square Suite 1400
Indianapolis, IN 46204
(317) 636-6481
ltoops@cohenandmalad.com
athomas@cohenandmalad.com

*Co-Lead Counsel for Plaintiffs and the Settlement Class*

## CERTIFICATE OF SERVICE

I, J. Gerard Stranch, IV, hereby certify that I caused the foregoing **Plaintiffs' Motion for Final Approval of Class Action Settlement**, and all materials related thereto, to be filed using the Court's EM/ECF system on the date below, thereby causing it to be served upon all counsel of record in this case.

Dated: August 30, 2024                              Respectfully Submitted,

                                                    */s/ J. Gerard Stranch, IV*
                                                    J. Gerard Stranch, IV

5