Aug. 20 2024

To Whom It May Concern About The Data Brech Settlement. I feel that there was not enough time to descover this settlement and join, and is not right or fair to everyone that was effected by this data brech. A notice was never given to any of us but was kept in the dark as best as posseble. To me I feel that was done to keep everyone unaware and not being able to collect what is rightfully theres which is owed to them.