SEP 2024
Eastern District of Kentucky
FILED
SEP 04 2024
AT LEXINGTON
Robert R. Carr
CLERK U.S. DISTRICT COURT

8-27-24

My Name is Sean Hollins H34115, I am an inmate a Men Colony California P.O Box 8108 San Luis Obispo Ca 93403-8101. I am writing to this Honorable Court to address my legal rights, I received a Data Breach Litigation, Case No 5:22-cv-00319-DCR from the California Department of Corrections and Rehabilitation saying my information was Breach. I than got a letter from the IRS telling me to use a Number instead of using my Social Security i was Breach. I object to the Settlement. Because CorrectCare never sent me any information to how i was to be Compensated for my Breach. I Submit under penalty of perjury all is true

Sean M. Hollins
*Sean M Hollins*
8-27-2024

Sean Hollins H34115
P.O Box 8101
San Luis Obispo
San Luis Obispo Ca 93403