(EDKy-111)

```
                    UNITED STATES DISTRICT COURT
                    EASTERN DISTRICT OF KENTUCKY
                        CIVIL MINUTES-GENERAL
```

Lexington Case No. 5: 22-CV-319-DCR   at: Lexington   Date: September 16, 2024

Style: Virginia Hiley, et al. v. CorrectCare Integrated Health, LLC.
In re: CorrectCare Data Breach Litigation

DOCKET ENTRY:

PRESENT: HON. DANNY C. REEVES, CHIEF UNITED STATES DISTRICT JUDGE

| Lisa Moore | Elaine Haberer |
|---|---|
| Deputy Clerk | Court Reporter |

| ATTORNEYS PRESENT FOR PLAINTIFFS: | ATTORNEY PRESENT FOR DEFENDANT: |
|---|---|
| Benjamin F. Johns | Burt Anthony Stinson |
| Gary M. Klinger | |
| J. Gerard Stranch, IV | |

PROCEEDINGS:    FINAL SETTLEMENT APPROVAL HEARING

This matter was called for hearing on motions with counsel present as noted. The parties stated their respective position on the plaintiff's motion for attorney fees and motion for final approval of the class action settlement. [Record Nos. 96 and 99] Having heard statements of counsel and being otherwise sufficiently advised, it is hereby

**ORDERED** that the Plaintiffs motions [Record Nos. 96 and 99] are **TAKEN UNDER ADVISEMENT**. A Memorandum Opinion and Order on the motions shall be forthcoming.

Dated: September 16, 2024.

Danny C. Reeves, Chief Judge
United States District Court
Eastern District of Kentucky

Copies: COR
Clerks Initials: lkm

TIC: 27